654

 Submitted March 4, 1981.
Gary S. Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

435 A.2d 1324

Commonwealth v. Fake, Jr., Appellant.
Petition for Allowance of Appeal Denied Oct. 20, 1981.

 Submitted April 22, 1981. Keith L. Kilgore, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Appeal quashed.

435 A.2d 1324

Commonwealth v. Fake, Jr., Appellant.

